E-FILED
Friday, 15 February, 2013   01:42:03 PM
Clerk, U.S. District Court, ILCD

File Hashes for IP Address 50.129.94.197

**ISP:** Comcast Cable
**Physical Location:** Champaign, IL

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 12/23/2012 22:03:34 | 2418ADB84FB85E9AA270129FDE8DD3407F026C52 | A Love Story |
| 12/23/2012 21:59:42 | 41EC762EA3071C2E54E80F7FA4B4B4412E50E1BD | Then They Were Three |
| 12/23/2012 21:49:53 | 71AEB68DC3E0D49A67B65041360214F64907207E | A Girls Fantasy |
| 12/15/2012 06:43:57 | E220F7CB8DA25AAE037A5B2A4D3DA357E18CBA85 | Unforgettable View #2 |
| 12/05/2012 05:14:08 | A98FF96611E010EEE422489D28AB7FA2B0273571 | Inside Perfection |
| 12/05/2012 05:01:34 | BFBA5EC656530274B2F83B9CDB3535378236687A | Cum With Me |
| 11/30/2012 22:31:51 | B7E12F1620AB39A46357956B7A1F0195CF52C2D0 | Introducing Angelica |
| 11/27/2012 04:53:41 | AD9D5D369D361B01A730E584ACE23CC59E1BBDD6 | Heart and Soul |
| 11/05/2012 06:02:41 | B67881D5E58FAD9B9FFF7110BFBC31BBB15ABF45 | Still With Me |
| 10/22/2012 20:19:21 | 7642DCC061C46CA99F1731D30B8127354358A468 | A Day to Remember |
| 10/18/2012 04:14:22 | 73D2A617D53196F98228F2629497720ADBBC6CED | Young Passion |
| 10/16/2012 04:40:44 | 3DAAB0BD8FDBF24055D0F64AF223B93E72669C89 | Red Hot |
| 10/09/2012 04:01:57 | 8E20614FC4A81507CD470B959C2C17DAB62D433D | Dangerous Game |
| 10/04/2012 03:51:38 | BC2FB2F0B4C21041E44FF3ED68364E5365D0856D | Wild Things |
| 09/29/2012 04:16:45 | ACB73794C4DF7F794D83E8A9ED212A8D0CD29012 | Miss Perfect |
| 09/29/2012 04:14:17 | 9830D15B5D1BC23579ABD22B39A2BF5E6C941628 | Photo Fantasy |
| 09/20/2012 03:41:36 | 0356D43466A481F67192AE51E9BEFFF657C17357 | Black Lingerie Bliss |
| 09/08/2012 02:43:14 | 7983FF5220A0C6F6BB8C397B44ABB8564C8539FE | First Love |
| 09/01/2012 05:17:41 | 25320C4994471EA5B9D03B0B65607C9D08DA5FE4 | Side by Side |
| 08/26/2012 19:15:43 | 97F31E49717B079EF6BE6A2AFD6AE3B2820DB037 | Starting Over |
| 08/25/2012 05:01:43 | 4CFD82242FE5FF90E650398924B32D980297E51E | Unbelievably Beautiful |
| 08/20/2012 04:00:38 | 2D3BCE0E982F368C8028665F150B6A93B2C5EC62 | This Side of Paradise |
| 08/19/2012 12:59:33 | 78195E24C53468A982F8337A384B1384DDF4BBD3 | Threes Company |

EXHIBIT A

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 07/30/2012 02:57:46 | 889A055B343CEF7C0A2FACBA573D6A366161C3C7 | Transcendence |
| 07/24/2012 05:11:58 | 1E1888B4C8CAAD426E92FC980B348E8C8A89520B | Wet Dream |
| 07/04/2012 03:55:55 | 75BC9955131F3F3DACEE43C430DDAF387D02E914 | Happy Couple |
| 06/14/2012 06:36:33 | 1C6D60373BE584CE01DA9CAB1B188799C21AB8C1 | Like The First Time |
| 05/31/2012 02:31:55 | D42A5A0F078B8EFD3C98BA0479AFD916B99250BB | Teenage Dream |
| 05/21/2012 04:04:10 | 34C431EAF57449B85460B86C2E2E8A73E515DF4D | Slow Motion |
| 05/10/2012 03:43:02 | ECC49510C0B61C4F92EFCB62AD1A48994B8A88CF | Pretty Back Door Baby |
| 05/08/2012 03:07:27 | BA23078533CCBE4BCF265D99A9E6DE3420120683 | One Night Stand |
| 04/30/2012 15:33:29 | E1129C1FEC811992449105DF5B71D3720E3204B7 | Little Lover |
| 04/27/2012 03:32:11 | 8BDFAA0D46EC45D954B8FCEFA0062A7790C2C07B | Show You My Love |
| 04/19/2012 04:54:46 | 0522756A5F18392D40FB2BF5D65F715C1D434B7D | Breakfast in Bed |
| 04/19/2012 04:47:27 | 629CC69505DFE97D73EAC2A38148A6BD0C1EF2AD | Evening at Home Part #2 |
| 04/14/2012 07:32:43 | 5EDF14B202FD7ACF5FCD05B19B5AF531938CF712 | California Dreams |
| 04/11/2012 04:36:42 | BA772D1708E497F0BBD02ACE6BCD94F0E9C30255 | Wild at Heart |

**Total Statutory Claims Against Defendant: 37**

EXHIBIT A

CIL17